UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WAYNE KING,<br><br>            Petitioner,<br><br>      v.<br><br>JOE LIZARRAGA, Warden,<br><br>            Respondent. | Case No. 16-cv-06453-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 9 |

Good cause appearing, petitioner's application for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **June 5, 2017**.

This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated:  3/31/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge