UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WAYNE KING,<br><br>    Petitioner,<br><br>v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | Case No. 16-cv-06453-HSG<br><br>**JUDGMENT** |

For the reasons stated in the Order Denying Habeas petition; Denying Certificate of Appealability, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: 2/13/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge